# UNITED STATES DISTRICT COURT

for the

_____ District of Alaska

Anchorage Division

RECEIVED

OCT 1 4 2020

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Case No. _____

_(to be filled in by the Clerk's Office)_

EDWIN ALLEN STOLTENBERG

_____

Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

TROY CLARK, CURTIS VIK, SAMMUAL
MCGRAW, DARYL ALLISON, personal
individual Capacities

_____

Defendant(s)
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)_

Tort

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (Tort)

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    *Edwin Stoltenberg Authorized Representative of EDWIN STOLTENBERG*

All other names by which you have been known:    *Eddie Stoltenberg*

ID Number    ~~58888808~~ *473526*

Current Institution    *Anchorage Correctional Complex - East*

Address    *1400 East 4th Avenue*

*Anchorage*    *Alaska*    *99501*
City      State      Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name    *Curtis Vik*

Job or Title *(if known)*    *Task force officer / AST*

Shield Number

Employer    *FBI / AST*

Address    *101 East 6th Avenue*

*Anchorage*    *Alaska*    *99501*
City      State      Zip Code

☒ Individual capacity    ☒ Official capacity

**Defendant No. 2**

Name    *Troy Clark*

Job or Title *(if known)*    *APD officer / FBI / TFO*

Shield Number

Employer    *Anch Police Dept. / FBI. Anch*

Address    *101 East 6th Avenue*

*Anchorage*    *Alaska*    *99501*
City      State      Zip Code

☒ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Continue from Pg 3 of 11
B.

Troy Clark, Curtis Vik, Sammual McGraw, Daryl
Allison illegally without any Court order intercepted
30 attorney-client jail phone Calls Then accessed
Them 92 time. Some attorney-client Calls had
multiple access events done on each attorney-client
jail phone Call.

pursuant to 18 u.s.c. § 2511 Interception and
disclosure of wire, oral, or electronic Communications
prohibited. Also Sections pursuant to § 2520, The
person Shall be Subject to a Mandatory fine Additionally
provided pursuant to Subsection (4) of § 2511, or Shall
be Subject to Suit as provided in Subsection (5) "for"
"Shall" be fined not more Than $10,000 ⁰ᶜ (per intercept)
or imprisoned not More Than 5years or both.
Further This violated pursuant to AS. 33.30.231(c).
AS. 11.76.110.

With addition pursuant to above Statutes federal?
State of Alaska it violated federal Constitutional
rights, as follows:

1) 1st Amendment -
The right to hire and Consult an attorney is
protected by The 1st Amendment

(1) of (2)  Continued  3 of 11  Complaint

Continue of "A"

2) 4th Amendment -
   Unreasonable Searches and Seizures w/out
   a Warrant

3) 6th Amendment
   Right of The assistance of Counsel

4) Due process -
   Due to all involved FBI/TFO officers Which
   deleted and purged all Calls except 13 of The
   none essential attny Calls without any Court
   order pursuant to AS. 12.37.050.

5) All above Constitutional rights pursuant to The
   Federal Constitution are also violated in The
   State of Alaska Constitutions

6) AS. 33.30.231(c)
   AS. 42.20.300 unauthorized publication of Calls.
   AS. 12.37.

Defendant No. 3

Name              _Sammual McGraw_

Job or Title *(if known)*   _FBI Agent/Intern_

Shield Number

Employer         _FBI Anchorage_

Address          _101 East 6th Avenue_

                   _Anchorage_       _Alaska_   _99501_

                        *City*           *State*     *Zip Code*

☒ Individual capacity      ☒ Official capacity

Defendant No. 4

Name              _Daryl Allison_

Job or Title *(if known)*   _FBI agent_

Shield Number

Employer         _FBI Anchorage_

Address          _101 East 6th Avenue_

                   _Anchorage_       _Alaska_   _99501_

                        *City*           *State*     *Zip Code*

☒ Individual capacity      ☒ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_See attached Page "A" & ~~and~~ 2 pages_

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*See Attached page "B"* (add) 1 pages

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attached page "C"* (add) 1 pages

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[X] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*See attached "D"* (add) 2 pages

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

All events were while I was a pre-trial detainee in Ak Doc facilities in Palmer, Anchorage, Wildwood Kenai.

Attachment "B"

G. Bivens

D) Same as attachment "A" provisions Section
1, 2, 3, 4,
A.) 1st Amendment
    The right to hire and Consult an attny
B) 4th Amendment
    Unreasonable Searches ÷ Seizures. W/out warrent
C) 6th Amendment
    Right of The assistance of Counsel.
D) Due process Clause
    By Violation "Brady" rule by deleteng,
Purgeing all attny-Client Jail Calls and
failing to preserve evidence Saving only
13 of The 30 attny Calls That were none
prejudical.

attachment "C"

1) All defendants to This Civil Tort action
Were acting under Color of State, local &
Federal Law.
   AS. 33. 30. 231(c)
   AS. 42. 20. 300
   AS. 12. 57. 010 −.050

2) All defendants to This Civil Tort action Conducted
Their illegal interceptions Without any Court orders
in The State of Alaska Violating Their ethical
Codes of Conduct & oaths if They had any.

ATTAched
"D"

## III. Statement of Claim

A) Troy Clark labeled Blue on pages as
Exhibit Attachment Z, Z-A, Z-C Started
intercepting attorney-client Jail phone Calls
June 27th 2018 While I was a pre-trial
detainee at Mat-Su pretrial in Palmer
Alaska which Troy Clark accessed from
the Jail phone System Securus plateform
from FBI Anchorage.
Calls were to attny Bradley Carlson 907-
264-6721 done without any Warrant or
Court order as require both by federal &
State Statutes. Total Call duration of
Calls are listed on Attachment "Z",
Z-A labeled in Blue.

B) Curtis Vik labeled in Yellow on pages
as exhibits, attachments, 3, 3-A, 3-B, 3-C,
Z, Z-B, Z-C, Z-D. Started illegally intercepting
attny-client Jail phone Calls June 28, 2018
to attny Bradley Carlson no. 907-264-6721
without any Warrants or Court order as
required by Federal Statutes and State
Statutes. Please refer to exhibis listed
for Call durations.

1 of 26

ATTAched
"D"

C) Sammuel McGraw labeled in green on pages
as exhibits as attachments 3, 4, 4-A, 4-B, 2, E
Started illegally intercepting, accessing attorney-
Client Jail phone Calls without any Court order
or warrant to attorney Danee' Pontious at
907-677-9900 Starting on 7-22-19 ending
8-1-19 which 28 access events occurred
by The Securus Data reports attached

D) Curtis Vik labeled in yellow on pages
as exhibits as attachments 5, 5-A, 5-B, 5-C, 4,
3, 2-B, 2-E, 2-F Started illegally intercepting
attorney-client Jail phone Calls Without any
Court order or Warrant With attny Danee
Pontious 907-677-9900 Starting 9-28-19
ending 12-7-19 which 31 access events occurred
by Securus Data reports.

E) Daryl Allison labeled in pink on pages
as exhibits as attachments, 3, 6, Started illegally
intercepting/accessing attorney-client Jail phone
Calls to attny Danee Pontious 907-677-9900
on 5-18-19 ending 5-23-19. 2 events occured
without any Warrants or Court approval

From above is reference by Attached exhibits.
20 of 10

ATTACHMENT
"D"

Q) What date and approximate times did The events
giving rise to your Claims occur?

1). Please reference The Securus Technology
access report logs attached as Exhibit as
attachments, 2-A, 3-A, 3-B, 3-C, 4, 4-A, 4-B, 5, 5-A,
5-B-5-C, 6 and additional date reports attachment
2-B, 2-C, 2-D, 2-E, 2-F

Started June 27, 2018 after remanded on 5
out standing felony State Warrants, 3AN-15-10572 cr,
3KN-16-00650cr, 3KN-16-1598cr, 3KN-17-1260cr, 3KN-17-2840cr
due to a Confidential informants tip That I was
traveling to Valdez from Anchorage w/ drugs, The
AK State Troopers Contacted me leaving Palmer
Fred Myers observed me drive accross The road
to 622 Devon Drive Palmer, AK and fled into
on unknown apartment at The time.
After Multiple agencies Surrounded The Apartment
Complex The Police eventually located me on
The attic of Said address which was my
Cousins Apart ex-girl friends Apartment #11.
AK state trooper Anderson Spent approximately
4 1/2 to 5 1/2 minutes (as testified in federal
Case 3:18cr-00109-01-TMB-MMS) Searching The
area I was found with a Golf Club locating
my white hoody, and green Mesh Camelbak Pack

Ast Troopers Search was ended with The
C.I tip being undetermined. I was booked at
Mat-su pre-trial facility on a State warrents
as previously described.
Starting 6-27-18 I Contacted Glenn The owner
of Alaska Defendant Monitoring at 907-532-
1227 to inquire if he knew of any good/
agressive Criminal defense attorney's which
he provided attny Bradley A. Carlson and
Conferenced Called him So I Could Speak
to him. Once on The phone attny Carlson
Stated Not to discuss anything as The
Conferenced Call could be recorded and Then
provided me his # 907-264-6721 and told
me to Call him ASAP directly, which I immeletly
hung up and Called AS TFo Troy Clark Testified
on 3:18-cr-00109-01-TMB-MMS We listened to
That Call on which was in Sequenced before
The next attny Call to 907-264-6721 to
attny Carlson.
Once I Connected w/ attny Carlson at
907-264-6721 before To any Conversation was
Conducted attny Carlson (As testified to in
fed. Case provided) Stated "The following Call
Was an attny-Client phone Call protected both
Case 3:20-cv-00267-SLG    Document 1    Filed 10/14/20    Page 12 of 29
by State? federal Law and of anyone was
4 of 10

listening They were not authorized. Attny
Carlson Stated This disclaimer before every
Call between him & I So There was no
doubt it was a privileged attny call.
    After attny Carlsons disclaimer I expressed
I was Concerned I was going to be ~~can~~ blamed
for Stuff I Thought was located in my
Cousins Apartment, due to The Scattered
drugs & paraphinelia laying Through The Apt.
Attny Carlson expressed Concern to my question
and ask What was my Concern and I said
I heard Police found 700 grams of Meth & a
gun in my Cousins Apt. and I did not want
to be blamed. for it. Cause I Fled into the
apartment only wearing my White hoody & Jeans
nothing else. Attny Carlson Stated to Stop talking
and he would Come to Mat-Su pre-trial facility
to meet w/ me and talk in private in case
The phone Calls were being listened to.
    Starting June 27th 2018 as Securus Access log
reports provide TFO/FBI Troy Clark intercepted
The initial Call after hearing The Call between
ADM Glenn and I When I received Carlson's
#. between Carlson and I which The first Call
was 1 min in duration Then The Second Call was
13 minutes in duration
                    5 of 10

Then Shortly after intercepting The call between
attny Carlson and I, both TFO Troy Clark and
TFO Curtis Vik Went to 622 Devon Drive to
try to Speak with my Cousin Leon Bradford
Which They Could not locate. They did obtain
his cell phone number and both TFO's together
started text messaging Mr. Bradford in a Covert
manner Which They were later disciplined for
These actions That were not authorized.
During Their texting w/ mr Bradford after multiple
failed attempts to purchase drugs Stating I
had Them Contact Bradford to purchase drugs
Which was false. MR. Bradford asked if They
were Cops and They responded That They were
not. Then on 7-2-18 Mr Bradford after
Multiple text messages being harassed by both
TFO's agreed to sell Them 1 lbs of drugs
of undetermined for $4250 ∞/lb and $6,000 ∞
for alot. Both TFO's did not Conduct a undercovered
buy due to The unauthorized actions being
done by texting.
On 7-2-18 TFO Curtis Vik after accessing
multiple attny Calls between Carlson & I applied
for a Search Warrant to my Cousins Apartment.
Which was granted and executed on 7-2-18.
TFO Vik and other officers located a pistol

and 302 grams of Methamphetamines and Various
types of drug paraphernalia, Scales, needles, Merejuana
plants, pills, cet. Vacum sealer, torches, ect.

MR. Bradford claimed I left it There when
I was arrested and he traded, Sold, Bardered
~~Some~~ ~~old~~ it. 1/2 as much was located totalling
Approximately 11bs.

Then July 2018 on my way being transfered
to Kenai for ~~the~~ State Sentencing July 16, 18'
TFO Vik, SA Thomas ZajAc attempted to interview
me at ACCE about 700grams of meth i' pistol
Which I immediately declined to speak asking
for an attny. Then July 16, 18 at ~~the~~ State Sentencing
The Kenai D.A. Stated I was possibly going
to be Charged federally with 700grams of meth
i' a pistol found days after I was arrested
6-26-18.

Many more attny Calls were intercepted which
Then a week before The federal indictment
in 3:18-cr-00109-01-TMB-MMS all The prejudical
Calls were deleted and purged from The
Securus System leaving only 13 of The
30 non prejudical Calls resulting in a
Brady discovery issue in said federal Case.
By The testimony of Attny Bradley A. Carlson

~~and The attempted interview of Accs by TFO~~
7 of 8 10

V/k & SA Zajac Then The July 16, 2018 state
Sentencing hearing it is without a doubt as
attny Carlson testified as The prejudiced calls
were destroyed that police were able to Then
learn information That ended up locateing drugs
many days after I was arrested That were not
there at The apartment The night I was arrested
by ost Andersons testimony as he searched for
4½ to 5½ minutes w/ a golf club locateing
only a white hoody & Green Mesh Cabelas het
Where I was located. The apartment is only
2 bedrooms and 1 bath very Small So The area
was not That big where I was located.
  As attny Carlson testified in fed case that
Without the information TFO's learned from the
attny-client phone calls That Prejudiced Me,
TFO's More likely Then not would never have
Contacted mrs Bradford and persued texting
Covertly unauthorized.
  As testimony from attny Carlson also Stated
he stated a pre call disclaimer prior to each
call as previously Stated. And Without a doubt
I was prejudiced by These illegal actions
done by TFOS/FBI agents.

8 of 10

D. What are The facts underlying your claims.

Sept. 18 Federal Charges were brought against EDWIN ALLEN STOLTENBERG, 3:18cr-00109-01-TMB-mms. and I was Then held to answer for The Charges by TFO's illegal intercepting my Atny-clent Calls W/ out a warrant.

As TFO Vik testified to in Federal Case on October 28th 2019, That he only listened to 1 atny-client Phone call and once he relized it was a privileged Call he hung up. This was reminded by U.S. magistrate Matthew Scable That he was under oath still and defense atny Gregory Heritage gave TFO Vik The opportunity to be truthful explaining We were obtaining The Securus Access log reports. Unfortunatly The reports provide otherwise and TFO Vik committed perjury which also has been reported for Criminal Charges, to The FBI, Ach : FBI WA. D.C. Also federally Charged in Said Case is LEON BRADFORD, 3:18-00105-TMB-mms as Co-defendant. There are also as reports provide multiple AK Doc employees who accessed atny Calls and also Conducted a live monitor of an atny Call. It has yet been established That They participated in The prejudical effect which

9 of 10

Will later be determined which an amendment
to This Complaint Will Then be added once
its determined.
Witnesses are
Attny Bradley A. Carlson Contact info. 907-677-8111
Attny Gregory Heritage Contact info 907-222-2584
Atty Denee Panties Contact info 907-677-9800
-Doc Sgt David Knapp Secures account Manager That
purged ÷ deleted The attny Calls. and also accessed
Z-attny Carlsons Calls in March 2020, yet to
be truthful if any Call info was heard.

ATTACHMENT "E"

## V. ~~Re~~ Injuries.

I have sustained ptsd from Jail, emotional distress, nightmares, depression from being isolated from my children, and loss of my business that was sold by my parents due to my incarceration.

I have not taken any medications due to I am not a pill medication taker, I have attempted to overcome the above described injuries by self healing but it still effects ~~me~~

Due to being incarcerated I have not been able to get the rest of the surgeries needed when I was shot point blank in the face Nov 1st 2018 which I still need constructive surgery to help me breath and to fix my teeth that were destroyed and constantly hurt me I live w/ a perminate migrane due also that I have been unable to get treatment being placed in Jail.

## VI Relief

I want the court to impose Civil liability in actual damages, Punitive damage and Constructive damages on TFo Troy Clark and TFo Curtis U.R

in the following amounts.

1 of 3

1.) TFO Troy Clark pursuant to Title 5 Chapter 2 of The intercept Act $10,000$\frac{oo}{}$ per intercept/access. Civil liability, and Compell Criminal Charges also Pursuant to The illegal actions pursuant to 18 USC's 2511, 2520. $20,000$\frac{oo}{}$ x 2 access/intercepts

2.) TFO Curtis Vik pursuant to title 5 Chapter 2 of The intercept Act $10,000$\frac{oo}{}$ per intercept/access Civil liability.
907-264-6721 accessed/intercepted 19 times = $190,000$\frac{oo}{}$
907-677-9900 accessed/intercepted 45 times = $450,000$\frac{oo}{}$
and Compell Criminal Charges also pursuant to The illegal actions pursuant to title 18 usc 2511 ÷ 2520.

3.) Sammuel McGraw pursuant to title 5 Chapter 2 of The intercept Act $10,000$\frac{oo}{}$ per intercept/access Civil liability, and Compell Criminal Charges also Pursuant to 18 usc 2511, 2520
907-677-9900  28 x $10,000$\frac{oo}{}$ = $280,000$\frac{oo}{}$

4.) TFO Troy Clark and TFO Curtis Vik Civil damages in The amount of $1,000,000$\frac{oo}{}$ equally Split for The prejudical cause I suffered $500,000$\frac{oo}{}$ for destruction of calls/evidence "Brady Violation" Split equally.

Total $1,500,000$ \frac{oo}{}$ split equally

2 of 3

5) SA/FBI Deryl Allison pursuant to title 5 chap2 intercept Act Civil damages in The amount of $10,000 $^{00}$ per accessl intercept X 2 to 907-677-9900 = $20,000 $^{00}$

6) TFO Curtis Vik, TFO Troy Clark, SA/FBI Sammund/meanon SA/FBI Deryl Allison Civil punitue damages for emotional stress, anguish and all previously described injuries in The $1,000,000 $^{00}$ split equally for illegal actions conducted.

Totalling $3,460,000 $^{00}$ as described above per participation of I-llegal actions.

Compelling Courts to take action against Their public office of retention of public servants duties, termination for violating ethical Codes, oaths,

C.   What date and approximate time did the events giving rise to your claim(s) occur?

ATTACHment "D"
*plus*
X Please See attachment Secures reports 6/27/18-

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please SEE ATTACHMENT "D"

AS Attorney Bradley Carlson test. Lied due to all Public Servants deleting Calls That I was prejudiced which resulted in TFO Vik, TFO Clark uncovering evidence and I EDWIN ALLEN STELTENPOOL Was prejudice and factually Charged 3:18-cr-00109-01-TMB-MMS That would Not have

V.   **Injuries** occurred if illegal interceptions did Not occur.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Sustained Mental anguish resulting in being housed in Jail Since 6/26/18, which There is no Treatment. I also had To have family Sell My restraunt due to being incarcerated from The illegal attny Call Monitoring

Please SEE ATTACHMENT "E"

VI.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See "ATTACHMENT "D" "E" Continue from above

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Alc Doc  Mel. Su pre trial, Acce, WUPk.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Acce

2.   What did you claim in your grievance?

$1,000,000.00 civil damages, remove The Securus Jail Phone Systems.

3.   What was the result, if any?

denied

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed as The Cleary Action.
3dN-81-5274CI

F.    If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

IDR

☒ Yes   I D R.

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   State of Ak vs. EDWIN STOLTENBERG

Defendant(s)   State of AK Doc

2.   Court *(if federal court, name the district; if state court, name the county and State)*

STATE

3.   Docket or index number

3AN-21-5274CI   Class action

4.   Name of Judge assigned to your case

Judge Andrews.

5.   Approximate date of filing lawsuit

Summer 2020

6.   Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Its Joining The Pending Cleary V. Smith class-in-action for injunctions only No Money damages

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     *10-10-201*

Signature of Plaintiff     *By:*

Printed Name of Plaintiff     *Eddie Stoltenberg Authorized Rep OF*

Prison Identification #     *EDWIN STOLTENBERG   473526*

Prison Address     *1400 East 4th Avenue*

*Anchorage*          *Alaska*     *99501*
          *City*          *State*     *Zip Code*

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Address     _____

         *City*          *State*     *Zip Code*
Telephone Number     _____
E-mail Address     _____

Eddie Simardeau #471-5326
Anchorage Correctional Complex-East
1400 East 4th Avenue
Anchorage, Alaska [99501]

LEGAL

U.S. Dist Court
222 West 7th Avenue
Anchorage Alaska [99513]