# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

EDWIN ALLEN STOLTENBERG

Plaintiff,

v.

TROY CLARK, *et al.*,

Defendants.

Case No. 3:20-cv-00267-JMK

## ORDER RE: MOTION TO DISMISS AT DOCKET 89

At Docket 89, Defendants Clark, McGraw, and Vik ("Federal Defendants") have filed a *Motion to Dismiss*. Federal Defendants move to dismiss pursuant to Rule 12(b)(6) of Federal Civil Procedure.[1]

Under Rule 12(b)(6), a defendant may move to dismiss a complaint for failure to state a claim upon which relief can be granted. Plainly, this means that a defendant argues that even if everything in the complaint is true, the defendant did not violate the law. To determine whether a complaint states a valid claim for relief, courts consider whether the complaint contains sufficient factual matter that, if accepted as true, "state[s] a claim to relief that is plausible on its face."[2] In

---

[1] Docket 89 at 5–7.

[2] *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). In making this determination, a court may consider "materials that are submitted with and attached to the Complaint." *United States v. Corinthian Colleges*, 655 F.3d 984, 999 (9th Cir. 2011) (citing *Lee v. L.A.*, 250 F.3d 668, 688 (9th Cir. 2001)).

conducting its review, a court must liberally construe a self-represented plaintiff's pleading and give the plaintiff the benefit of the doubt.[3] The Court resolves a motion under 12(b)(6) only on the pleadings before it; therefore, no additional evidence may be submitted to defend those arguments.

Local Civil Rule 7.4 requires that unless otherwise ordered, opposition memoranda must not exceed 35 pages or 10,000 words.

**IT IS THEREFORE ORDERED:**

1. The Court recognizes that an additional motion to dismiss from Defendant United States Marshal Service is pending at Docket 81; therefore, enlarged deadlines are appropriate here.

2. Plaintiff has until on or before **60 days after the date of this order** to file any opposition to Defendants' *Motion to Dismiss* at Docket 89

3. Defendant has until **30 days** after service of the Plaintiff's opposition to serve and file a reply.

DATED this 23rd day of March, 2023, at Anchorage, Alaska.

/s/ Joshua M. Kindred
JOSHUA M. KINDRED
UNITED STATES DISTRICT JUDGE

---

[3] *See Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010) (citing *Bretz v. Kelman*, 773 F.2d 1026, 1027 n.1 (9th Cir. 1985) (en banc)).