# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EDWIN ALLEN STOLTENBERG<br><br>　　　　Plaintiff,<br><br>v.<br><br>TROY CLARK, *et al.*,<br><br>　　　　Defendants. | Case No. 3:20-cv-00267-JMK |

## ORDER

Before the Court is Mr. Stoltenberg's request for an extension of stay at Docket 102.[1] At Docket 103, the Court held this request in abeyance and invited Defendants to respond. The Federal Defendants and Securus do not oppose.[2] Defendant Winkelman did not respond.

Accordingly, the Motion for Amended Proposal Leave to Amend at Docket 102 is **GRANTED IN PART** only as to the request to extend the stay. This case shall remain stayed for an additional 180 days.

**IT IS SO ORDERED.**

DATED this 21st day of July, 2023, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　*/s/ Joshua M. Kindred*
　　　　　　　　　　　　　　　　　　JOSHUA M. KINDRED
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The requests for leave to amend and for appointed counsel were denied at Docket 103.

[2] Dockets 106 & 107.