# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| EDWIN ALLEN STOLTENBERG, *Plaintiff* <br> v. <br> TROY CLARK, et al., *Defendant* | ) ) ) ) ) ) Civil Action No. 3:20-cv-00267-JMK |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this case is dismissed with prejudice for failure to prosecute.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

Date: March 28, 2024

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*